ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VICTORIA CHIKA OGWUDIRE, et al.,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

CASE NO. 1:26-CV-05212-KES-EGC

ORDER ON STIPULATION FOR SECOND EXTENSION OF TIME

Doc. 10

Defendants respectfully request a second extension of time to respond to the Complaint and Plaintiffs jointly stipulate to the requested extension for a period of approximately forty-five (45) days.

This case involves the alleged unlawful delay in the adjudication of Plaintiffs' I-130 (Spouse Visa Application) and I-485 (Adjustment of Status Application (collectively "Petitions)); Plaintiffs ask for an order requiring Defendants to promptly process the Petitions. Complaint, ECF 1, at ¶¶ 1 – 13. The parties previously sought and received a stipulated extension because Defendant USCIS was working on issuance of Notice of action requiring Plaintiffs to provide information that was necessary to advance the subject petition. ECF ## 7, 8. On September 17th, the agency issued a Notice of Intent to Deny; the response deadline is October 19, 2026. The requested responsive information is necessary to continue the adjudicatory process. Based on this status and in order to allow the adjudicative process to proceed,

the parties jointly stipulate to extend the deadline for Defendants to file an answer or other pleading for approximately forty-five (45) days to and including November 30, 2026. The parties further request the Court to similarly extend any other deadlines and proceedings.

Based on the foregoing, the new date for Defendants to file an answer or other dispositive pleading is November 30, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: September 14, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Christina Sullivan Castro (as authorized on October 14, 2026)*
CHRISTINA SULLIVAN CASTRO
Counsel for Plaintiffs

ORDER

Pursuant to the parties' stipulation, (Doc. 10), and for good cause shown, the time for Defendants to respond to Plaintiffs' complaint, (Doc. 1), is EXTENDED. Defendants SHALL file their response by no later than November 30, 2026. All related deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE